**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | Haley Delora Harper (First Name Middle Name Last Name) | Social Security number or ITIN: | xxx–xx–4503 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | (First Name Middle Name Last Name) | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Northern District of Mississippi | Date case filed for chapter: | 7 8/28/26 |
| Case number: | 26–13137–SDM | | |

Official Form 309B (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| **1.** | **Debtor's full name** | Haley Delora Harper | |
| **2.** | **All other names used in the last 8 years** | aka Haley Delora Grissom | |
| **3.** | **Address** | 3860 New Hope Rd<br>Lot 5<br>Columbus, MS 39702 | |
| **4.** | **Debtor's attorney** Name and address | Thomas C. Rollins Jr.<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236 | Contact phone 601–500–5533 |
| **5.** | **Bankruptcy trustee** Name and address | Miranda L Williford<br>Chapter 7 Trustee<br>613 Childs Street<br>Corinth, MS 38834 | Contact phone 662–286–9796 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Cochran U.S. Bankruptcy Courthouse<br>703 Highway 145 North<br>Aberdeen, MS 39730 | Hours open:<br>8:00 a.m. – 5:00 p.m., Monday through Friday<br><br>Contact phone 662–369–2596<br><br>Date: 8/28/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 21, 2026 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom Video meeting, Go to Zoom.us/join, Enter Meeting ID 324 052 8534, and Passcode 4967426763, OR call (662) 440–9617**<br><br>For additional meeting information go to www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |

**9. Deadlines**

The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.

**File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **Filing deadline: 11/20/26**

**You must file a complaint:**

- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or
- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).

**You must file a motion:**

- if you assert that the discharge should be denied under § 727(a)(8) or (9).

**Deadline for all creditors to file a proof of claim (except governmental units):** **Filing deadline: 11/6/26**

**Deadline for governmental units to file a proof of claim:** **Filing deadline: 2/24/27**

**Deadlines for filing proof of claim:**

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.
Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

**Deadline to object to exemptions:** **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors

The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.

**10. Creditors with a foreign address**

If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

**11. Liquidation of the debtor's property and payment of creditors' claims**

The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above.

**12. Exempt property**

The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9.

United States Bankruptcy Court
Northern District of Mississippi

In re: Case No. 26-13137-SDM
Haley Delora Harper Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 2
Date Rcvd: Aug 28, 2026 Form ID: 309B Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Haley Delora Harper, 3860 New Hope Rd, Lot 5, Columbus, MS 39702-8578 |
| 4719366 | | Albert, 340 S Lemon Ave, Ste 3801, Culver City, CA 90232 |
| 4719370 | + | Cis Fin Svcs, 369 10th Avenue Sw, Hamilton, AL 35570-6511 |
| 4719372 | | Dave, 265 S Cochran Ave, Los Angeles, CA 90019 |
| 4719375 | + | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 4719376 | + | Klover, 57 W Grand Ave, Chicago, IL 60654-4857 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: trollins@therollinsfirm.com | Aug 29 2026 01:01:00 | Thomas C. Rollins, Jr., The Rollins Law Firm, PLLC, PO BOX 13767, Jackson, MS 39236 |
| tr | + | EDI: QMLWILLIFORD | Aug 29 2026 05:01:00 | Miranda L Williford, Chapter 7 Trustee, 613 Childs Street, Corinth, MS 38834-4810 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | Aug 29 2026 01:01:00 | U. S. Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| 4719367 | + | EDI: GMACFS.COM | Aug 29 2026 05:01:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 4719368 | + | Email/Text: bankruptcynotices@hellobrigit.com | Aug 29 2026 01:01:00 | Bridgit, 838 Ave of the America, F16, New York, NY 10001-4193 |
| 4719371 | | Email/Text: bankruptcy_filings@creditninja.com | Aug 29 2026 01:01:00 | Credit Ninja, 27 N Wacker Dr, #404, Chicago, IL 60606 |
| 4719369 | + | Email/Text: cash-lending-ops-bankruptcy@squareup.com | Aug 29 2026 01:01:00 | CashApp, 1955 Broadway, Suite 6, Oakland, CA 94612-2205 |
| 4719374 | + | Email/Text: ebone.woods@usdoj.gov | Aug 29 2026 01:01:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 4719373 | | EDI: IRS.COM | Aug 29 2026 05:01:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 4719377 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 29 2026 01:01:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 4719500 | | EDI: MSDOR | Aug 29 2026 05:01:00 | Mississippi Department of Revenue, Bankruptcy Section, Post Office Box 22808, Jackson MS 39225-2808 |
| 4719378 | ^ | MEBN | Aug 29 2026 00:57:10 | NCB Management, Attn: Bankruptcy, 1 Allied Drive, Trevose, PA 19053-6945 |
| 4719379 | + | Email/Text: netcreditbnc@enova.com | Aug 29 2026 01:01:00 | Net Credit, P.O. Box 206766, Dallas, TX 75320-6766 |
| 4719380 | | Email/Text: bankruptcycourt@towerloan.com | | |

| | | | |
|---|---|---|---|
| | | Aug 29 2026 01:01:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 4719501 | + Email/Text: USAMSN.Bankruptcy@usdoj.gov | Aug 29 2026 01:01:00 | U. S. Attorney, Northern District of Mississippi, 900 Jefferson Avenue, Oxford MS 38655-3608 |
| 4719381 | ^ MEBN | Aug 29 2026 00:57:22 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4719499 | * | Internal Revenue Service, P. O. Box 7346, Philadelphia PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2026 Signature: /s/Gustava Winters