Certificate Number: 15322-MSS-DE-041431746

Bankruptcy Case Number: 26-13137

15322-MSS-DE-041431746

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 11, 2026, at 6:04 o'clock AM CDT, Haley D Harper completed a course on personal financial management given by internet by 1$ Wiser Consumer Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: September 11, 2026

By: /s/Nakia Pratt

Name: Nakia Pratt

Title: Certified Credit Counselor